## CARTER ET AL. *v.* THE JUNG BREWING COMPANY.

[No. 22,063.   Filed November 27, 1912.]

From Grant Circuit Court, *Leroy B. Nash,* Special Judge.

Application by The Jung Brewing Company for a license to sell intoxicating liquors. From an order of the board of commissioners dismissing the application, the applicant appealed to the circuit court, and from a judgment granting such license, this appeal is prosecuted. *Reversed.*

*St. John, Charles & Gemmill* and *Bell & Kirkpatrick,* for appellants.

*Harry E. Roberts* and *Condo & Browne,* for appellee.

MONKS, C. J.—Appellee filed an application before the Board of Commissioners of the County of Grant for a license to sell intoxicating liquors at wholesale in the city of Marion. The board of commissioners found that a local option election had been held in said city on February 28, 1911, and that the Board of Commissioners of the County of Grant had found and declared that of the legal votes cast at said election a majority was in favor of prohibiting the sale of intoxicating liquors as a beverage in said city. Said board thereupon rendered judgment dismissing said application at the cost of appellee. Appellee appealed from said judgment to the court below, where such proceedings were had that judgment was rendered granting said license to appellee. From said judgment this appeal is prosecuted. The controlling questions in this case are substantially the same as those decided in *Jay* v. *O'Donnell* (1912), *ante* 282, 98 N. E. 349, and on the authority of that case the judgment in this case is reversed, with instructions to dismiss this proceeding for want of jurisdiction on account of the result of the local option election as declared by the Board of Commissioners of the County of Grant.